UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ROSA REINOSO,

                Plaintiff,        08 CV 5607 (HB)

   -against-                          **STIPULATION**

HECTOR DELGADO, LINDA DELGADO, THE DELGADO
TRAVEL AGENCY, INC., JEANETTE DELGADO-SAVINO,
and CASA DE CAMBIO DELGADO, INC.,

                Defendants.
------------------------------------------------------------ x

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time for defendants Hector Delgado, Linda Delgado, The Delgado Travel Agency, Inc., Jeanette Delgado-Savino, and Casa De Cambio Delgado, Inc., (collectively the "Defendants") to answer, move, or otherwise respond to the Complaint filed in this action is hereby extended through and including September 8, 2008.

    IT IS HEREBY FURTHER STIPULATED AND AGREED that Defendants shall waive any [Dr. ~ to personal jurisdiction or] objections to the manner of service of process of the complaint in this action.

Dated: July 10, 2008
Uniondale, New York

FARRELL FRITZ, P.C.
Domenique Camacho Moran, Esq.
*Attorneys for Defendants*
1320 RexCorp Plaza
Uniondale, NY 11556
Tel: (516) 227-0700
Fax: (516) 227-0777

LAW OFFICE OF PETER G. EIKENBERRY
Peter G. Eikenberry, Esq.
*Attorneys for Plaintiff*
74 Trinity Place, Suite 1609
New York, New York 10006
Tel: (212) 385-1050

SO ORDERED  7/21/08
_____
U.S.D.J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08